CORNELIUS TILLMAN *v.* STATE OF ARKANSAS

5676                                       475 S.W. 2d 529

Opinion delivered January 31, 1972

*Louis W. Rosteck,* for appellant.

*Ray Thornton,* Attorney General; *Henry Ginger,* Deputy Atty. Gen., for appellee.

CONLEY BYRD, Justice. Under Ark. Stat. Ann. § 43-1922 (Repl. 1964) a defendant put to trial upon an offense punishable by either death or life imprisonment is entitled to 12 peremptory challenges. Appellant Cornelius Tillman was put to trial upon a charge of first degree rape. After he had used up eight peremptory challenges, the trial court ruled that, because the State had waived

the death penalty, appellant had exhausted his peremptory challenges. This was error.

Reversed.